UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                               :

J.K., *individually and on behalf of A.K.*, et al.,   :

                          Plaintiffs,      :

                                            :      20-CV-2098 (JMF)

          -v-                         :

                                                           :           ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                       Defendants.     :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the parties' joint letter of July 7, 2020, ECF No. 21, the parties shall appear for a teleconference with the Court on **July 9, 2020**, at **2:15 p.m.** by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.  Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode.  The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

       SO ORDERED.

Dated: July 8, 2020
       New York, New York                                                JESSE M. FURMAN
                                                                   United States District Judge