UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                 :

J.K., *individually and on behalf of A.K.*, et al.,,     :

                              Plaintiffs,       :
                                                               :       20-CV-2098 (JMF)
                -v-                           :
                                                               :       <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                             Defendant.      :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during today's conference, all fact discovery shall be completed no later than **September 30, 2020**.  If the implementation claim is resolved, the proposed attorney's fees claim briefing schedule contained in the parties' joint letter, dated July 7, 2020, ECF No. 21, is ADOPTED, with any motion being filed by **October 8, 2020**.  If the implementation claim is not resolved, the parties shall submit a joint letter no later than **October 8, 2020**, to the Court containing a proposed schedule for how to proceed.

      SO ORDERED.

Dated: July 9, 2020
      New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge